STATE ex rel. Jeremiah W. NIXON, Respondent,

v.

Jeffrey SCOTT, Appellant.

No. WD 66198.

Missouri Court of Appeals, Western District.

July 5, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 29, 2006.

Jeffrey L. Scott, Jefferson City, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Paul Harper, Office of Attorney General, Jefferson City, for respondent.

Before THOMAS H. NEWTON, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Jeffrey Scott appeals the circuit court's judgment ordering him to reimburse the state, pursuant to the Missouri Incarceration Reimbursement Act, §§ 217.825–217.841, RSMo 2000, for his cost of care while incarcerated at the Missouri Department of Corrections. We affirm. Rule 84.16(b).